# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT D. LEDOUX, JR.,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5858KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Court finds the ALJ improperly concluded plaintiff was not disabled, and therefore hereby reverses the ALJ's decision and remands this matter to defendant's for further administrative proceedings in accordance with the findings contained herein.

| | |
|---|---|
|   October 18, 2011 |     WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez* |
| | Deputy Clerk |