UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT D. LEDOUX, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br> Defendant. | No. C10-5858-KLS <br><br> ORDER |

IT IS HEREBY ORDERED that attorney fees of $3,936.31 and expenses for postage in the amount of $17.13 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs for the filing fee in the amount of $350.00, pursuant to 28 U.S.C. § 1920, be awarded to Plaintiff. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,*_U.S._(2010), payment of this award shall be made to Plaintiff's attorney Schroeter, Goldmark & Bender.

Dated this 13th day of January, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER (C10-5858-KLS)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

Presented By:

s/Anne Kysar
ANNE KYSAR, WSBA # 28351
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail: kysar@sgb-law.com

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305